UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| VALLERIE M. KATRELL,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social<br>Security,<br><br>    Defendant. | No.  CV-09-00187-CI<br><br>ORDER GRANTING STIPULATED<br>MOTION FOR REMAND PURSUANT<br>TO SENTENCE FOUR OF 42<br>U.S.C. § 405(g) |

BEFORE THE COURT is the parties' stipulated Motion for remand of the above-captioned matter to the Commissioner for additional administrative proceedings. (Ct. Rec. 22.)  Attorney Maureen Rosette represents Plaintiff Vallerie Katrell; Special Assistant Untied Sates Attorney Richard Morris represents Defendant.  The parties have consented to proceed before a magistrate judge. (Ct. Rec. 8.)  The Commissioner has affirmed Plaintiff's disability onset of October 16, 2008, based on a subsequent application. (Ct. Rec. 22.) After considering the stipulation of the parties,

**IT IS ORDERED:**

1.  The parties' stipulated Motion for Remand **(Ct. Rec. 22)** is **GRANTED**.  The captioned case is **REVERSED** and **REMANDED** to the Commissioner of Social Security for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  On remand, for the period prior to October 16, 2008, the administrative law judge (ALJ) will reevaluate Dr. W. Scott Mabee's narrative

ORDER GRANTING STIPULATED MOTION FOR REMAND - 1

1  report; reevaluate the lay witness statements; and obtain
2  supplemental vocational expert testimony regarding the vocational
3  impact of Plaintiff's mental limitations.
4       2.   Judgment shall be entered for the **PLAINTIFF**.
5       3.   Plaintiff's Motion for Summary Judgment (**Ct. Rec. 13**) is
6  stricken as moot.
7       4.   An application for attorney fees may be filed by separate
8  motion.
9       The District Court Executive is directed to enter this Order,
10 forward copies to counsel, and thereafter shall close this file.
11      DATED June 7, 2010.

                           S/ CYNTHIA IMBROGNO
                       UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING STIPULATED MOTION FOR REMAND - 2